IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ENOC ALCANTARA-MENDEZ,
         Petitioner,
    v.                                             **Judgment in a Civil Case**
SARA M. REVELL; ROSA E.
RODRIGUEZ-VELEZ,
         Respondents.                       Case Number: 5:11-HC-2101-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on February 15, 2012, with service on:</u>
Enoc Alcantara-Mendez 25861-069, Federal Medical Center, P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)

February 15, 2012                                                     /s/ Dennis P. Iavarone
                                                                                  Clerk